A11A0862. OGILVIE v. THE STATE.
(737 SE2d 735)

BOGGS, Judge.
In *State v. Ogilvie*, 292 Ga. 6 (734 SE2d 50) (2012), the Supreme Court reversed the judgment of this Court in *Ogilvie v. State*, 313 Ga. App. 305 (721 SE2d 549) (2011). We therefore vacate our opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment affirmed. Dillard, P. J., and Branch, J., concur.*

DECIDED JANUARY 31, 2013.

*Jackie G. Patterson*, for appellant.
*Sherry Boston, Solicitor-General, Teri B. Walker, Kelly A. C. McMichael, Assistant Solicitors-General, Nicole D. Marchand*, for appellee.